WALTER W. OEFLEIN, INC., Respondent, vs. HERTTING, Appellant.

For the appellant: *Carl H. Juergens* of Milwaukee.
For the respondent: *Olwell & Brady* of Milwaukee.
*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on September 12, 1939.

*October 10, 1939.*

HANSON, Appellant, vs. NELSON, Respondent.

For the appellant: *M. J. McDonald* and *Beznor, McDonald & Beznor,* attorneys, and *Lee K. Beznor* of counsel, all of Balsam Lake.
For the respondent: *Nelton & McGinnis* of Balsam Lake, attorneys, and *G. Burgess Ela* of Madison of counsel.
*By the Court.*—Judgment affirmed.